**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| MICHAEL LEE BURGESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:25-cv-00041-MTS |
| ) | |
| MOBERLY CORRECTIONAL ) | |
| CENTER STAFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM OPINION

The Court previously concluded that Plaintiff Michael Lee Burgess, a "prisoner" as that term is defined in 28 U.S.C. § 1915(h), had struck out under § 1915(g). Doc. [3]. The Court ordered him to prepay the filing fee in the case in full no later than July 17, 2025. He did not do so. Nor has he sought more time to do so. For this reason, the Court will dismiss this action via an Order of Dismissal that the Clerk shall enter herewith. *See Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders.").

Dated this 10th day of February 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE